FILED

2017 JUN -7 AM 10: 52

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | SA 17-189 M |
| v. | CR 17-00308 |
| ISAAC CHOI  DEFENDANT(S). | AFFIDAVIT RE OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: **Indictment**
in the **Northern** District of **California** on **06/01/2017**
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about **November 2015**
in violation of Title **18** U.S.C., Section(s) **1343**
to wit: _____

A warrant for defendant's arrest was issued by: **Howard R. Lloyd, USMJ**

Bond of $ **No Bail** was ☐ set / ☒ recommended.

Type of Bond: **None**

Relevant document(s) on hand (attach): **Arrest Warrant, Sealing document, Indictment**

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on **June 7, 2017**, by
**Jung DeBose**, Deputy Clerk.

_____  **SA Timothy A. Jacoby II**
Signature of Agent        Print Name of Agent

**FBI**                   **Special Agent**
Agency                    Title

CR-52 (05/98)  AFFIDAVIT RE OUT-OF-DISTRICT WARRANT