ORIGINAL

SANDRA R. BROWN
Acting United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
BENJAMIN D. LICHTMAN (Cal. Bar No. 241135)
Assistant United States Attorney
     United States Courthouse
     411 West 4th Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3530
     Facsimile: (714) 338-3561
     E-mail:    benjamin.lichtman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN - 7 2017
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA 17-189-M |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION |
| v. | |
| ISAAC CHOI, | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

    ____ 1. <u>Temporary 10-day Detention Requested (§ 3142(d)) on the following grounds</u>:

        ____ a. present offense committed while defendant was on release pending (felony trial), (sentencing), (appeal), or on (probation) (parole); or

1

```
              b. defendant is an alien not lawfully
                 admitted for permanent residence; and
         ___  c. defendant may flee; or
         ___  d. pose a danger to another or the community.
  X  2.  Pretrial Detention Requested (§ 3142(e)) because no
         condition or combination of conditions will reasonably
         assure:
     X   a.  the appearance of the defendant as required;
     X   b.  safety of any other person and the community.
     3.  Detention Requested Pending Supervised Release/Probation
         Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18
         U.S.C. § 3143(a)):
     ___ a.  defendant cannot establish by clear and convincing
             evidence that he/she will not pose a danger to any
             other person or to the community;
     ___ b.  defendant cannot establish by clear and convincing
             evidence that he/she will not flee.
     4.  Presumptions Applicable to Pretrial Detention (18 U.S.C.
         § 3142(e)):
     ___ a.  Title 21 or Maritime Drug Law Enforcement Act
             ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense with
             10-year or greater maximum penalty (presumption of
             danger to community and flight risk);
     ___ b.  offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or
             2332b(g)(5)(B) with 10-year or greater maximum
             penalty (presumption of danger to community and
             flight risk);
```

2

```
              c. offense involving a minor victim under 18 U.S.C.
    _____        §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251,
                 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4),
                 2260, 2421, 2422, 2423 or 2425 (presumption of
                 danger to community and flight risk);
    _____     d. defendant currently charged with an offense
                 described in paragraph 5a - 5e below, AND defendant
                 was previously convicted of an offense described in
                 paragraph 5a - 5e below (whether Federal or
                 State/local), AND that previous offense was
                 committed while defendant was on release pending
                 trial, AND the current offense was committed within
                 five years of conviction or release from prison on
                 the above-described previous conviction (presumption
                 of danger to community).
  X    5. Government Is Entitled to Detention Hearing Under
         § 3142(f) If the Case Involves:
    _____  a. a crime of violence (as defined in 18 U.S.C.
              § 3156(a)(4)) or Federal crime of terrorism (as
              defined in 18 U.S.C. § 2332b(g)(5)(B)) for which
              maximum sentence is 10 years' imprisonment or more;
    _____  b. an offense for which maximum sentence is life
              imprisonment or death;
    _____  c. Title 21 or MDLEA offense for which maximum sentence
              is 10 years' imprisonment or more;
```

3

|   |   |   |
|---|---|---|
| 1 | _____ | d. any felony if defendant has two or more convictions |
| 2 |  | for a crime set forth in a-c above or for an offense |
| 3 |  | under state or local law that would qualify under a, |
| 4 |  | b, or c if federal jurisdiction were present, or a |
| 5 |  | combination or such offenses; |
| 6 | _____ | e. any felony not otherwise a crime of violence that |
| 7 |  | involves a minor victim or the possession or use of |
| 8 |  | a firearm or destructive device (as defined in 18 |
| 9 |  | U.S.C. § 921), or any other dangerous weapon, or |
| 10 |  | involves a failure to register under 18 U.S.C. |
| 11 |  | § 2250; |
| 12 | __X__ | f. serious risk defendant will flee; |
| 13 | _____ | g. serious risk defendant will (obstruct or attempt to |
| 14 |  | obstruct justice) or (threaten, injure, or |
| 15 |  | intimidate prospective witness or juror, or attempt |
| 16 |  | to do so). |
| 17 | _____ | 6. Government requests continuance of _____ days for |
| 18 |  | detention hearing under § 3142(f) and based upon the |
| 19 |  | following reason(s): |

20  _____
21  _____
22  _____
23  _____
24 //
25 //
26 //
27 //
28 //

4

\_\_\_\_\_ 7. Good cause for continuance in excess of three days exists in that:

_____

_____

_____

Dated: June 7, 2017  Respectfully submitted,

SANDRA R. BROWN
Acting United States Attorney

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

/s/
BENJAMIN D. LICHTMAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

5