CLOSED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Southern Division - Santa Ana)
## CRIMINAL DOCKET FOR CASE #: 8:17-mj-00189-DUTY All Defendants

Case title: USA v. Choi

Date Filed: 06/07/2017
Date Terminated: 06/09/2017

Assigned to: Duty Magistrate Judge

### Defendant (1)

**Isaac Choi**
*TERMINATED: 06/09/2017*

represented by **Mark Steven Sedlander**
Federal Public Defenders Office
411 West Fourth Street Suite 7110
Santa Ana, CA 92701-4598
714-338-4500
Fax: 714-338-4520
Email: Mark_Sedlander@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

### Pending Counts

None

### Disposition

### Highest Offense Level (Opening)

None

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

### Complaints

Defendant in violation of 18:1343; 981(a)
(1)(C)and 18:2461(c)

### Disposition

**Plaintiff**

**USA**                    represented by   **US Attorney's Office**
AUSA - Office of US Attorney
Criminal Div - US Courthouse
312 N Spring St, 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/07/2017 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Isaac Choi, originating in the Northern District of California. Defendant charged in violation of: 18:1343; 981(a)(1)(C)and 18:2461(c). Signed by agent Timothy A Jacoby II, FBI, Special Agent. (ja) (Entered: 06/13/2017) |
| 06/07/2017 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Isaac Choi; defendant's Year of Birth: 1981; date of arrest: 6/6/2017 (ja) (Entered: 06/13/2017) |
| 06/07/2017 | 3 | Defendant Isaac Choi arrested on warrant issued by the USDC Northern District of California at San Jose. (Attachments: # 1 Charging Document)(ja) (Entered: 06/13/2017) |
| 06/07/2017 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Douglas F. McCormick as to Defendant Isaac Choi Defendant arraigned and states true name is as charged. Attorney: Mark Steven Sedlander for Isaac Choi, Deputy Federal Public Defender, present. Court orders defendant Temporarily detained. Defendant remanded to the custody or currently in the custody of the US Marshal. Detention Hearing set for 6/9/2017 11:00 AM before Magistrate Judge Douglas F. McCormick. Government moves to UNSEAL Entire Case: GRANTED Court Smart: CS 6/7/17. (ja) (Entered: 06/13/2017) |
| 06/07/2017 | 5 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Isaac Choi (ja) (Entered: 06/13/2017) |
| 06/07/2017 | 6 | ORDER OF TEMPORARY DETENTION Pending Hearing Pursuant to Bail Reform Act by Magistrate Judge Douglas F. McCormick as to Defendant Isaac Choi. Pending hearing, the defendant shall be held in custody by the U. S. Marshal and produced for the hearing. Detention Hearing set for 6/9/2017 11:00 AM before Magistrate Judge Douglas F. McCormick. (ja) (Entered: 06/13/2017) |
| 06/07/2017 | 7 | ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS filed by Defendant Isaac Choi (ja) (Entered: 06/13/2017) |
| 06/07/2017 | 8 | FINANCIAL AFFIDAVIT filed as to Defendant Isaac Choi. (Not for Public View pursuant to the E-Government Act of 2002) (ja) (Entered: 06/13/2017) |

| 06/09/2017 | 9 | MINUTES OF FURTHER PROCEEDINGS AND DETENTION HEARING held before Magistrate Judge Douglas F. McCormick as to Defendant Isaac Choi. Court orders defendant held to answer to Northern District of California. The Court Orders: Isaac Choi (1) $200,000.00 Appearance Bond SEE ATTACHED BOND FOR TERMS AND CONDITIONS. Court Smart: CS 6/9/17. (ja) (Entered: 06/13/2017) |
| --- | --- | --- |
| 06/09/2017 | 10 | DECLARATION RE: PASSPORT filed by Defendant Isaac Choi, declaring that I have been issued a passport or other travel document(s), but they are not currently in my possession. I will surrender any passport or other travel document(s) issued to me, to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case. (ja) (Entered: 06/13/2017) |
| 06/09/2017 | 11 | WAIVER OF RIGHTS approved by Magistrate Judge Douglas F. McCormick as to Defendant Isaac Choi. (ja) (Entered: 06/13/2017) |
| 06/13/2017 | | Notice to Northern District of California of a Rule 5 Initial Appearance as to Defendant Isaac Choi. Your case number is: CR 17-308. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 9 Removal/Arrival of Process Hearing - Rule 5(c)(3) (fka Rule 40), Detention Hearing. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (ja) (Entered: 06/13/2017) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| **Transaction Receipt** | | | |
| 06/13/2017 14:37:12 | | | |
| **PACER Login:** | 2_Eureeka:4153766:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8:17-mj-00189-DUTY End date: 6/13/2017 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |