1  STEVEN G. KALAR
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  55 South Market Suite 820
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CHOI

6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                     SAN JOSE DIVISION

10

11 | UNITED STATES OF AMERICA, | ) | No.  CR 17-00308 EJD |
|---|---|---|
|   | ) |   |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
|   | ) | ORDER CONTINUING DETENTION |
| vs. | ) | HEARING DATE AND EXCLUDING |
|   | ) | TIME UNDER THE SPEEDY TRIAL ACT |
| ISSAC CHOI, | ) |   |
|   | ) |   |
| Defendant. | ) |   |

## STIPULATION

The parties, acting through their respective counsel, hereby stipulate, subject to the Court's approval, that the detention hearing date currently set for July 14, 2017, be vacated and continued to July 21, 2017.

The reason for the requested continuance is to permit defense counsel additional time to contact potential sureties, provide Pretrial Services with collateral contacts to verify information about Mr. Choi, and to further consult with Mr. Choi and his family about his possible release. Accordingly, defense counsel requires additional time to prepare for the detention hearing. The

parties therefore agree that the time between July 14, 2017, and July 21, 2017, is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation.

    IT IS SO STIPULATED.

Dated:  July 12, 2017

                                                /s/
                                  VARELL L. FULLER
                                  Assistant Federal Public Defender

Dated: July 12, 2017                          /s/
                                  CORY E. JACOBS
                                  Trial Attorney
                                  United States Department of Justice

Dated  July 12, 2017                          /s/
                                  JEFFREY B. SCHENK
                                  Assistant United States Attorney

//

//

//

## [~~PROPOSED~~] ORDER

    GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the detention hearing currently set for Friday, July 14, 2017, shall be continued to Friday, July 21, 2017.

    THE COURT FINDS that failing to exclude the time between July 14, 2017, and July 21, 2017, would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

    THE COURT FURTHER FINDS that the ends of justice served by excluding the time between June 14, 2011, and June 21, 2011, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

1  THEREFORE, IT IS HEREBY ORDERED that the time between July 14, 2017, and
2  July 21, 2017, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §
3  3161(h)(7)(A) and (B)(iv).
4  IT IS SO ORDERED.
5  Dated: 7/13/2017

_____
THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge