UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** August 21, 2017    **Time:** 2:05-2:07 pm    **Judge:** Edward J. Davila

**Total Time:** 2 Mins.

**Case No.:** 17-cr-00308-EJD-1    **Case Name:** UNITED STATES v. Isaac Choi(P)(C)

**Attorney for Plaintiff:** Cory Jacobs

**Attorney for Defendant:** Varell Fuller

**Deputy Clerk:** Adriana M. Kratzmann    **Court Reporter:** Irene Rodriguez

**Interpreter:** N/A    **Probation Officer:** N/A

## PROCEEDINGS – STATUS CONFERENCE

Defendant is present and in-custody.  Hearing held.
Defense counsel informed the Court that discovery has been received and an on-going review is being done.  Counsel requested the matter be continued.
The Court granted the request and continued the matter.
Time is ordered excluded from 8/21/2017 through 10/23/2017 for effective preparation of counsel

**CASE CONTINUED TO:** October 23, 2017 9:00 A.M. for Further Status Conference.

**EXCLUDABLE DELAY:**
Category – Effective preparation of counsel.
Begins – 8/21/2017
Ends – 10/23/2017

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

**Adriana M. Kratzmann**
**Courtroom Deputy**
**Original:** Efiled
**CC:**