STEVEN G. KALAR
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
varell_fuler@fd.org

Counsel for Defendant ISAAC CHOI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>ISAAC CHOI,<br><br>             Defendant. | No. CR-17-00308 EJD<br><br>**EX-PARTE APPLICATION FOR ORDER RE: USE OF DIGITAL TABLET IN CUSTODY; DECLARATION IN SUPPORT THEREOF** |

I, Varell L. Fuller, hereby declare:

1. I am an Assistant Federal Public Defender for the Northern District of California, San Jose Division. My office has been appointed to represent defendant Isaac Choi in the above-captioned criminal case.

2. Mr. Choi is currently in pretrial custody at the Glenn Dyer Detention Facility.

3. I am informed and believe that the discovery in this case is voluminous and in a digital format that can only be efficiently reviewed by the defendant on a digital tablet.

NO. CR 17-00308 EJD
APPLICATION RE: DIGITAL TABLET             1

4. I am further informed and believe that the Sheriff of Alameda County has indicated that he will permit our clients to use a digital tablet under the circumstances set forth in the proposed order submitted with this application.

5. For the reasons set forth above, it is respectfully requested that the Court issue an order regarding the use of a digital tablet in custody, with that order including the restrictions on use set forth in the attached proposed order.

I declare under penalty of perjury that the foregoing is true and correct, except for those matters stated on information and belief, and as to those matters, I am informed and believe them to be true.

Executed this 6th day of September, 2017, at San Jose, California.

Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender


 s/ Varell L. Fuller_____
VARELL L. FULLER
Assistant Federal Public Defender

NO. CR 17-00308 EJD
APPLICATION RE: DIGITAL TABLET          2