UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** October 23, 2017   **Time:** 9:13-9:17, 9:23-9:25 am   **Judge:** Edward J. Davila

**Total Time:** 6 Mins.

**Case No.:** 17-cr-00308-EJD-1   **Case Name:** UNITED STATES v. Isaac Choi(P)(C)

**Attorney for Plaintiff:** Cory Jacobs
**Attorney for Defendant:** Varell Fuller

**Deputy Clerk:** Adriana M. Kratzmann   **Court Reporter:** Irene Rodriguez

**Interpreter:** N/A   **Probation Officer:** N/A

### PROCEEDINGS – STATUS CONFERENCE

Defendant is present and in-custody.  Hearing held.
Defense counsel informed the Court that a Motion for Bill of Particulars will be filed.  Counsel requested the matter be continued.
The parties conferred and agreed upon the following: Defense will file Motion for Bill of Particulars on 10/30/2017, Government's opposition is due 11/9/2017, and Defense reply is due 11/17/2017.
The Court continued the matter and set a SPECIAL SET hearing date on the Motion for Bill of Particulars for 11/30/2017.
Time is ordered excluded from 10/23/2017 through 11/30/2017 for effective preparation of counsel

**CASE CONTINUED TO:** November 30, 2017 at 1:30 P.M. for hearing on Motion for Bill of Particulars/Status Conference.

**EXCLUDABLE DELAY:**
Category – Effective preparation of counsel.
Begins – 10/23/2017
Ends – 11/30/2017

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC: