STEVEN G. KALAR
Federal Public Defender
VARELL L. FULLER
MARA K. GOLDMAN
Assistant Federal Public Defenders
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
varell_fuller@fd.org
mara_goldman@fd.org

Counsel for Defendant ISAAC CHOI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | No. CR-17-00308 EJD |
|---|---|
| Plaintiff, | **DECLARATION OF COUNSEL IN SUPPORT OF MOTION FOR BILL OF PARTICULARS** |
| v. | |
| ISAAC CHOI, | |
| Defendant. | |

I, Varell L. Fuller, hereby declare:

1. I am an Assistant Federal Public Defender for the Northern District of California, San Jose Division. My office has been appointed to represent defendant Isaac Choi in the above-captioned criminal case.

2. Mr. Choi is charged in a five-count indictment with wire fraud, in violation of 18 U.S.C. § 1343. The use of the wires alleged in the indictment is the use of a out-of-state server to email falsified wire transfer confirmation forms to five of his employees.

NO. CR-17-00308 EJD
DECLARATION OF COUNSEL         1

3. To date, the government has produced approximately 19,500 pages of discovery. The discovery has been produced primarily as a series of unsearchable, individual TIF files, each of which must be converted into a PDF and then OCR'd.

4. I have carefully reviewed all of the discovery that has been provided. Even after reviewing the discovery, I am unable to identify the money or property that is the object of the alleged scheme, the alleged victims, and the material false statements that were allegedly made in furtherance of that scheme.

5. The substantive counts of the indictment refer to five employees. Based on my review of the discovery, only one of those employees (J.L.) made a loan to the company, and that transaction was completed more than a month before Mr. Choi allegedly used the wires to email the fake wire transfer confirmations.

6. Based on the witness interviews provided in discovery, it appears that Mr. Choi's company received under $1 million in funding, approximately half of which was provided by Mr. Choi himself.

I declare under penalty of perjury that the foregoing is true and correct, except for those matters stated on information and belief, and as to those matters, I am informed and believe them to be true.

Executed this 17th day of November, 2017, at San Jose, California.

/s/
VARELL L. FULLER
Assistant Federal Public Defender