UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** November 30, 2017    **Time:** 3:27-3:51pm    **Judge:** Edward J. Davila
**Total Time:** 24 Mins.

**Case No.:** 17-cr-00308-EJD-1    **Case Name:** UNITED STATES v. Isaac Choi(P)(C)

**Attorney for Plaintiff:** Cory Jacobs
**Attorney for Defendant:** Varell Fuller

**Deputy Clerk:** Adriana M. Kratzmann    **Court Reporter:** Irene Rodriguez

**Interpreter:** N/A    **Probation Officer:** N/A

### PROCEEDINGS – MOTION HEARING/STATUS CONFERENCE

Defendant is present and in-custody.  Hearing held regarding Defendant's Motion for Bill of Particulars (Dkt. 22).
The Court heard oral argument.
The Court continued the matter for further hearing to 12/6/2017.
Time is excluded due to the filing of the motion.

**CASE CONTINUED TO: December 6, 2017 at 9:00 A.M. for further hearing on Motion for Bill of Particulars/Status Conference.**

**Adriana M. Kratzmann**
**Courtroom Deputy**
Original: Efiled
CC:

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter