UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** December 6, 2017 | **Time:** 9:17-9:52pm | **Judge:** Edward J. Davila |
| | **Total Time:** 35 Mins. | |
| **Case No.:** 17-cr-00308-EJD-1 | **Case Name:** UNITED STATES v. Isaac Choi(P)(C) | |

**Attorney for Plaintiff:** Cory Jacobs
**Attorney for Defendant:** Varell Fuller

| | |
|---|---|
| **Deputy Clerk:** Adriana M. Kratzmann | **Court Reporter:** Irene Rodriguez |
| **Interpreter:** N/A | **Probation Officer:** N/A |

### PROCEEDINGS – FURTHER MOTION HEARING

Defendant is present and in-custody.  Hearing held regarding Defendant's Motion for Bill of Particulars (Dkt. 22).
The Court heard oral argument. The Court requested the parties meet and confer regarding this matter.
The Court continued the matter for further hearing to 12/20/2017 at 10 am (Special Set).
Time is excluded due to the filing of the motion.

**CASE CONTINUED TO: December 20, 2017 at 10:00 A.M. for further hearing on Motion for Bill of Particulars/Status Conference.**

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC: