UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** December 20, 2017    **Time:** 10:10-10:28am    **Judge:** Edward J. Davila
**Total Time:** 18 Mins.

**Case No.:** 17-cr-00308-EJD-1    **Case Name:** UNITED STATES v. Isaac Choi(P)(C)

**Attorney for Plaintiff:** Cory Jacobs, Jeffrey Schenk
**Attorney for Defendant:** Varell Fuller

**Deputy Clerk:** Adriana M. Kratzmann    **Court Reporter:** Irene Rodriguez

**Interpreter:** N/A    **Probation Officer:** N/A

## PROCEEDINGS – FURTHER MOTION HEARING

Defendant is present and in-custody. Hearing held regarding Defendant's Motion for Bill of Particulars (Dkt. 22).
The Court heard oral argument. The Court to issue order.
The Court set a further status conference hearing for 1/30/2018 at 10 am (Special Set).
Time is ordered excluded from 12/20/2017 through 1/30/2018 for effective preparation of counsel.

**CASE CONTINUED TO: January 30, 2018 at 10:00 A.M. for Status Conference.**

**EXCLUDABLE DELAY:**
Category – Effective preparation of counsel
Begins – 12/20/2017
Ends – 1/30/2018

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

**Adriana M. Kratzmann**
**Courtroom Deputy**
Original: Efiled
CC: