UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** January 30, 2018 | **Time:** 10:05-10:07 am | **Judge:** Edward J. Davila |
| | **Total Time:** 2 Mins. | |
| **Case No.:** 17-cr-00308-EJD-1 | **Case Name:** UNITED STATES v. Isaac Choi(P)(C) | |

**Attorney for Plaintiff:** Jeffrey Schenk
**Attorney for Defendant:** Varell Fuller

| | |
|---|---|
| **Deputy Clerk:** Adriana M. Kratzmann | **Court Reporter:** Irene Rodriguez |
| **Interpreter:** N/A | **Probation Officer:** N/A |

### PROCEEDINGS – STATUS CONFERENCE

Defendant is present and in-custody.  Hearing held regarding.
Counsel informed the Court that the parties have renewed efforts to resolve the case.  Counsel requested the matter be continued for hearing on change of plea.
The Court granted the request and continued the matter for 2/5/2018.
Time is ordered excluded from 1/30/2018 through 2/5/2018 for effective preparation of counsel.

**CASE CONTINUED TO: February 5, 2018 at 1:30 P.M. for Change of Plea.**

**EXCLUDABLE DELAY:**
Category – Effective preparation of counsel
Begins – 1/30/2018
Ends – 2/5/2018

**P/NP: Present, Not Present**
**C/NC: Custody, Not in Custody**
**I: Interpreter**

Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC: