UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** February 5, 2018 | **Time:** 2:04-2:25 pm | **Judge:** Edward J. Davila |
| | **Total Time:** 21 Mins. | |

**Case No.**: 17-cr-00308-EJD-1    **Case Name:** UNITED STATES v. Isaac Choi(P)(C)

**Attorney for Plaintiff:** Jeffrey Schenk, Cory Jacobs
**Attorney for Defendant:** Varell Fuller

| | |
|---|---|
| **Deputy Clerk:** Adriana M. Kratzmann | **Court Reporter:** Irene Rodriguez |
| **Interpreter:** N/A | **Probation Officer:** N/A |

### PROCEEDINGS – CHANGE OF PLEA

Defendant is present and in-custody.  Hearing held.
Plea Agreement executed.  Defendant Sworn.
Court conducted voir dire of defendant regarding change of plea.
Defendant pled guilty to Ct. 1 of the Indictment (Dkt. 1) filed 6/1/2017.
The Court accepted the guilty plea and ordered the plea recorded.
The remaining counts shall be under submission pending sentencing.
The Court special set the sentencing hearing for 5/24/2018 at 9:00 AM.
The Court refers this matter to probation office for preparation of a presentence report.

**CASE CONTINUED TO: May 24, 2018 at 9:00 A.M. for Sentencing.**

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

**Adriana M. Kratzmann**
**Courtroom Deputy**
Original: Efiled
CC: