STEVEN G. KALAR
Federal Public Defender
Northern District of California
VARELL L. FULLER
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Facsimile: (408) 291-7399
Email: Varell_Fuller@fd.org

Counsel for Defendant Choi

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISAAC CHOI,<br><br>Defendant. | Case No.: CR 17–00308 EJD (NC)<br><br>**UNOPPOSED MOTION TO MODIFY RELEASE CONDITIONS AND [PROPOSED] ORDER** |

## MOTION

The defendant, Mr. Isaac Choi, by and through his counsel, respectfully moves to modify the conditions of release previously set by the Court as set out below.

On February 5, 2018, Mr. Choi pleaded to Count One of the captioned indictment in this matter charging him with Wire Fraud in violation of 18 U.S.C. § 1343. On that same date, the Court set bond in the amount of $50,000 and order that Mr. Choi reside at the halfway house located in San Francisco. The Court further ordered that Mr. Choi may only leave the

halfway house for medical, legal, court and to secure employment. The current conditions do not permit Mr. Choi to leave for any other purpose, including to obtain a new driver's license so he may seek and obtain employment. Accordingly, Mr. Choi respectfully request that the Court modify the bond to permit him to leave the halfway house, as permitted by Pretrial Services. Assistant United States Attorneys Jeffrey B. Schenk and Cory E. Jacobs and Pretrial Services Officer Joshua Libby have advised the undersigned that they do not object to the defendant's request.

Respectfully submitted,

Dated:   March 15, 2018

STEVEN G. KALAR
Federal Public Defender
Northern District of California

_____/S_____
VARELL L. FULLER
Assistant Federal Public Defender

[PROPOSED] ORDER

GOOD CAUSE APPEARING, upon the unopposed motion of the defendant, IT IS HERBY ORDERED, that the conditions of release are modified to provide that Mr. Choi may leave the halfway house as permitted by the United States Pretrial Services. All other conditions of release are to remain unmodified.

Dated:

_____
HON. NATHANAEL COUSINS
United States Magistrate Judge

MOTION TO MODIFY RELEASE CONDITIONS
*CHOI*, CR 17–00308 EJD (NC)