UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
***AMENDED***
**CRIMINAL MINUTES**

**Date:** May 24, 2018     **Time:** 9:16-9:52 pm     **Judge:** Edward J. Davila

**Total Time:** 36 Mins.

**Case No.**: 17-cr-00308-EJD-1     **Case Name:** UNITED STATES v. Isaac Choi(P)(N)

**Attorney for Plaintiff:** Cory Jacobs
**Attorney for Defendant:** Varell Fuller

**Deputy Clerk:** Adriana M. Kratzmann     **Court Reporter:** Irene Rodriguez

**Interpreter:** N/A     **Probation Officer:** N/A

**PROCEEDINGS – SENTENCING**

Defendant is present and out of custody.  Hearing held.
The Court heard from victim P.K. as victim statement was read on the record.
**The Court imposed the following sentence**:
Defendant is sentenced to **TIME SERVED** as to Ct. 1 of the Indictment (Dkt. 1 filed 6/1/2018).
The defendant shall be on supervised release for a term of 3 years as to Ct. 1 of the Indictment.
The Court adopts the Probation Officer's recommendations regarding the standard and special conditions of release and orders imposed. (**See Judgment for Specifics**);
$100 Special Assessment fee imposed and due immediately;
No fine imposed.
Restitution in the amount of $91,376.04 ordered (the Pre-Sentence Report shall be edited to reflect the correct restitution amount).
Defense Counsel requested the Court modify the restitution monthly payments of not less than $300 **to not less than $100**.  The Court ordered the modification as requested.
The Government made an oral motion to dismiss the remaining counts of the Indictment.
The Court ordered the remaining counts dismissed.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC: